**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALESTRAQ AMERICA, LLC, a Nevada limited-liability company, | Case No.: 08-CV-1368-LRH-LRL |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| JOSEPH A. ZYSKOWSKI, an individual; DEVMARKETING, INC., a Nevada corporation, | |
| Defendants. | |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and the Local Rules of the District of Nevada, SALESTRAQ AMERICA, LLC, and Defendants, JOSEPH A. ZYSKOWSKI and DEVMARKETING, INC., hereby stipulate and agree as follows, and respectfully request that the Court issue the accompanying Order:

1. Good cause appearing, that an extension of time for which to file the Joint Pre-Trial Order in the present case be granted until thirty (30) days after the Court enters an Order regarding Defendants': (a) Motion for Reconsideration, and (b) Motion for Order Consolidating

Defendants' Counterclaims with the Pending Action to make clear which claims will go forward in the present action.

**IT IS SO STIPULATED**.

Dated this 12th day of February, 2010.

        Submitted by:

        GIBSON LOWRY BURRIS LLP

        By  **/s/ James P. Jensen**
        Steven A. Gibson
        Nevada Bar No. 6656
        sgibson@gibsonlowry.com
        James P. Jensen, Esq.
        Nevada Bar No. 7763
        jjensen@gibsonlowry.com
        7201 West Lake Mead Blvd., Suite 503
        Las Vegas, Nevada 89128
        Attorneys for Plaintiff,
        SalesTraq America, LLC

Dated this 12th day of February, 2010.

        LAW OFFICES OF JOHN R. BENEFIEL

        By  **/s/ John R. Benefiel**
        John R. Benefiel, Esq.
        Michigan Bar No. P28970
        jbenefiel@sbcglobal.net
        525 Lewis Street
        Birmingham, Michigan 48009
        (248) 644-1455
        Attorneys for Defendant,
        Joseph A. Zyskowski and devMarketing, Inc.

**O R D E R**

**IT IS SO ORDERED**.

Dated: February 16, 2010.

_____
UNITED STATES DISTRICT JUDGE