✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SALESTRAQ AMERICA, LLC, | ) | CASE NO. 2:08-CV-1368-LRH(LRL) |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| JOSEPH A. ZYSKOWSKI, | ) | |
| Defendant. | ) | |

This case is currently scheduled for trial on the stacked calendar of June 7, 2011.

IT IS ORDERED that this case is referred to The Honorable Lawrence R. Leavitt for the purpose of conducting a settlement conference.

DATED this 16th day of March, 2011.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE