## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SALESTRAQ AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:08-cv-01368-LRH-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| JOSEPH A. ZYSKOWSKI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Dated:  March 21, 2011 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino    RECORDER:              None

COUNSEL FOR PLAINTIFF(S):              None Appearing

COUNSEL FOR DEFENDANT(S):              None Appearing

Before the court is defendant's Motion for Setting Time for Plaintiff's Retention of Counsel (#111).  For good cause shown,

IT IS ORDERED that the Motion (#111) is granted.

IT IS FURTHER ORDERED that plaintiff shall have until **April 11, 2011** to retain new counsel.  New counsel shall file a notice of appearance not later than April 11, 2011.  Failure to retain new counsel may subject plaintiff to dismissal of its claims and a default on defendant's counterclaims.

The Clerk of Court shall mail a copy of this order to plaintiff's representative at:

> Larry Murphy
> 7332 Quail Heights Avenue
> Las Vegas, NV 89131-1783

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**