UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SalesTraq America, LLC, a Nevada           Case No.:  08-CV-1368
Limited-liability company,                 Hon. Judge Larry Hicks
              Plaintiff,
v.

Joseph A. Zyskowski, an individual;
devMarketing, Inc., a Nevada corporation

             Defendants
_____/

## STIPULATION AND ORDER FOR DISMISSAL

The parties hereby stipulate to the dismissal, with prejudice, of all claims asserted by

each and against the other, each party to bear its own costs and attorney's fees, except to the

extent of the payment by Larry Murphy and SalesTraq America, LLC provided for under the

Settlement Agreement entered into by the parties.

/s/ John R. Benefiel                     /s/ Larry Murphy
John R. Benefiel                          SalesTraq America, LLC
Attorney for Counter Plaintiff/Defendants     Larry Murphy
525 Lewis Street                          Plaintiff Counter/Defendants
Birmingham, MI 48009                  7332 Quail Heights Avenue
P: (248) 644-1455                      Las Vegas, Nevada 89131
F:  (248) 644-6530

**IT IS SO ORDERED.**

DATED this 20th day of June, 2011.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1